UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by ___ D.C.
JUL 02 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

STANLEY THAW,

    Petitioner,

Vs.                                Case No.: _____
                                    (Supplied by Clerk of Court)

BRYAN K. DOBBS, Warden, et. al,
FCI, FPC Miami, Federal Bureau of Prisons,

    Respondents.
_____/

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### PERSONAL INFORMATION

1. (a) YOUR FULL NAME: Stanley Thaw

   (b) OTHER NAMES YOU HAVE USED: N/A

2. PLACE OF CONFINEMENT:

   (a) NAME OF INSTITUTION: Federal Correctional Institution Miami

   (b) ADDRESS: P.O. Box # 779800; Miami, Florida 33177

   (c) YOUR IDENTIFICATION NUMBER: 45050-177

3. ARE YOU CURRENTLY BEING HELD ON ORDERS BY:

   __X__ FEDERAL AUTHORITIES    _____ STATE AUTHORITIES    _____ OTHER

4. ARE YOU CURRENTLY:

   _____ A PRETRIAL DETAINEE (WAITING FOR TRIAL ON CRIMINAL CHARGES)

   __X__ SERVING A SENTENCE (INCARCERATION, PAROLE, PROBATION, ETC.) AFTER HAVING BEEN CONVICTED OF A CRIME

```
cat/div 530/2241/MIA
Case # _____
Judge _____ Mag White
Motn Ifp _____ Fee pd $ 5.00
Receipt # _____
```

-2-

IF YOU ARE CURRENTLY SERVING A SENTENCE, PROVIDE:

(a) NAME AND LOCATION OF COURT THAT SENTENCED YOU:

Northern District of Texas
Dallas Division

(b) DOCKET NUMBER OF CRIMINAL CASE:  3:12-CR-C0261-(GBN)(P1)

(c) DATE OF SENTENCING:  June 6, 2014

_____ BEING HELD ON AN IMMIGRATION CHARGE

_____ OTHER (explain):

## DECISION OR ACTION YOU ARE CHALLENGING

5. WHAT ARE YOU CHALLENGING IN THIS PETITION:

__X__ HOW YOUR SENTENCE IS BEING CARRIED OUT, CALCULATED, OR CREDITED BY PRISON OR PAROLE AUTHORITIES (FOR EXAMPLE, REVOCATION OR CALCULATION OR GOOD TIME CREDITS)

_____ PRETRIAL DETENTION

_____ IMMIGRATION DETENTION

_____ THE VALIDITY OF YOUR CONVICTION OR SENTENCE AS IMPOSED (FOR EXAMPLE, SENTENCE BEYOND THE STATUTORY MAXIMUM OR IMPROPERLY CALCULATED UNDER THE SENTENCING GUIDELINES)

_____ DISCIPLINARY PROCEEDINGS

_____ OTHER (EXPLAIN):

6. PROVIDE MORE INFORMATION ABOUT THE DECISION OR ACTION YOU'RE CHALLENGING:

(a) NAME AND LOCATION OF THE AGENCY OR COURT:

Federal Correctional Institution Miami

(b) DOCKET NUMBER, CASE NUMBER OR OPINION NUMBER:  N/A

(c) DECISION OR ACTION YOU ARE CHALLENGING (FOR DISCIPLINARY PROCEEDINGS, SPECIFY THE PENALTIES IMPOSED):

F.C.I. Case Manager McNeal recommended Thaw for RRC placement of 270 days and Thaw was provided an RRC placement of (9) months.

-3-

Subsequently, Thaw's RRC placement was reduced to (4) months without notice or explanation. Thaw contests the reduction of his RRC placement time, and request reinstatement of his original RRC/HC placement date.

**(d) DATE OF THE DECISION OR ACTION:** On or about March 15, 2018

## YOUR EARLIEST CHALLENGES OF THE DECISION OR ACTION

7. **FIRST APPEAL**

    **DID YOU APPEAL THE DECISION, FILE A GRIEVANCE, OR SEEK AN ADMINISTRATIVE REMEDY?**

    Yes

    **(a) IF "YES," PROVIDE:**

    **(1) NAME OF THE AUTHORITY, AGENCY OR COURT:** BOP Reentry Services Division

    **(2) DATE OF FILING:** April 5, 2018

    **(3) DOCKET NUMBER, CASE NUMBER OR OPINION NUMBER:** 937781-A1

    **(4) RESULT:** Denied - Proceed with process.

    **(5) DATE OF RESULT:** April 23, 2018

    **(6) ISSUES RAISED:** See Attached "Memorandum in Support"

8. **SECOND APPEAL**

    **AFTER THE FIRST APPEAL, DID YOU FILE A SECOND APPEAL TO A HIGHER AUTHORITY, AGENCY, OR COURT?**

    Yes

    **(a) IF "YES," PROVIDE:**

    **(1) NAME OF THE AUTHORITY, AGENCY OR COURT:** BOP General Counsel

    **(2) DATE OF FILING:** May 15, 2018

    **(3) DOCKET NUMBER, CASE NUMBER OR OPINION NUMBER:** 935173-A3

-4-

    (4) RESULT: No Response after 40 days - assumed denial.

    (5) DATE OF RESULT: N/A

    (6) ISSUES RAISED: See Attached "Memorandum in Support"

9. THIRD APPEAL

AFTER THE SECOND APPEAL, DID YOU FILE A THIRD APPEAL TO A HIGHER AUTHORITY, AGENCY OR COURT?

No

(a) IF "YES," PROVIDE:

    (1) NAME OF THE AUTHORITY, AGENCY OR COURT:

    (2) DATE OF FILING:

    (3) DOCKET NUMBER, CASE NUMBER, OR OPINION NUMBER:

    (4) RESULT:

    (5) DATE OF RESULT:

    (6) ISSUES RAISED:

10. MOTION UNDER 28 U.S.C. § 2255

IN THIS PETITION, ARE YOU CHALLENGING THE VALIDITY OF YOUR CONVICTION OF SENTENCE AS IMPOSED?

No

11. APPEALS OF IMMIGRATION PROCEEDINGS

DOES THIS CASE CONCERN IMMIGRATION PROCEEDINGS?

No

12. OTHER APPEAL

OTHER THAN THE APPEALS YOU LISTED ABOVE, HAVE YOU FILED ANY OTHER PETITION, APPLICATION, OR MOTION ABOUT THE ISSUES RAISED IN THIS PETITION?

No

## GROUNDS FOR YOUR CHALLENGE IN THIS PETITION

13. STATE EVERY GROUND (REASON) THAT SUPPORTS YOUR CLAIM THAT YOU ARE BEING HELD IN VIOLATION OF THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES. ATTACH ADDITIONAL PAGES IF YOU HAVE MORE THAN FOUR GROUNDS. STATE THE FACTS SUPPORTING EACH GROUND.

    **GROUND ONE:** BOP's decision to provide substantially less RRC placement than recommended, an amount of time not based on an individual assessment which the law requires, is arbitrary and capricious.

    **(a) SUPPORTING FACTS (BE BRIEF. DO NOT CITE CASE LAW.):**

    See attached "Memorandum in Support"

    **(b) DID YOU PRESENT GROUND ONE IN ALL APPEALS THAT WERE AVAILABLE TO YOU?**

    Yes

    **GROUND TWO:** BOP's decision to provide substantially less RRC placement than recommended, an amount of time not based on an individual assessment which the law requires, violates the due process clause of the United States Constitution.

    **(a) SUPPORTING FACTS (BE BRIEF. DO NOT CITE CASE LAW.):**

    See attached "Memorandum in Support"

    **(b) DID YOU PRESENT GROUND TWO IN ALL APPEALS THAT WERE AVAILABLE TO YOU?**

    Yes

    **GROUND THREE:** BOP's decision to provide substantially less RRC placement than recommended, an amount of time not based on an individual assessment which the law requires, violates the equal protection clause of the United States Constitution.

    **(a) SUPPORTING FACTS (BE BRIEF. DO NOT CITE CASE LAW.):**

    See attached "Memorandum in Support"

    **(b) DID YOU PRESENT GROUND THREE IN ALL APPEALS THAT WERE AVAILABLE TO YOU?**

    Yes

14. IF THERE ARE ANY GROUNDS THAT YOU DID NOT PRESENT IN ALL APPEALS THAT WERE AVAILABLE TO YOU, EXPLAIN WHY YOU DID NOT:

    N/A

## REQUEST FOR RELIEF

**15. STATE EXACTLY WHAT YOU WANT THE COURT TO DO:**

A) Immediate placement in RRC; or in the alternative B) immediate placement on home confinement.

## DECLARATION UNDER PENALTY OF PERJURY

IF YOU ARE INCARCERATED, ON WHAT DATE DID YOU PLACE THIS PETITION IN THE PRISON MAIL SYSTEM:

June 22, 2018

I DECLARE UNDER PENALTY OF PERJURY THAT I AM THE PETITIONER, I HAVE READ THIS PETITION OR HAD IT READ TO ME, AND THE INFORMATION IN THIS PETITION IS TRUE AND CORRECT. I UNDERSTAND THAT A FALSE STATEMENT OF A MATERIAL FACT MAY SERVE AS THE BASIS FOR PROSECUTION FOR PERJURY.

__JUNE 22, 2018__
DATE

STANLEY THAW
INMATE # 45050-177
FEDERAL PRISON CAMP
P.O. BOX # 779800
MIAMI, FLORIDA 33177

STANLEY THAW
INMATE # 45050-177
FEDERAL PRISON CAMP
P.O. BOX # 779800
MIAMI, FLORIDA 33177

CLERK OF COURT
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
ROOM # 8N09
MIAMI, FLORIDA 33128-7716




